IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY | : | CIVIL ACTION |
| v. | : | |
| MARK STEFFEN, et ux. | : | NO. 09-4965 |

ORDER

AND NOW, this 19th day of April, 2013, upon consideration of defendants Mark and Patricia Steffen's motion for summary judgment (docket entry # 22), plaintiff State Farm Fire & Casualty Company's response in opposition thereto (docket entry # 23), the Steffens' reply (docket entry # 25), our March 14, 2013 Order (docket entry # 33), the Steffens' supplemental memorandum (docket entry # 37), State Farm's supplemental memorandum, the April 10, 2013 hearing, and upon the analysis detailed in the accompanying Memorandum, it is hereby ORDERED that:

    1.  Defendants' motion for summary judgment (docket entry # 22) is GRANTED; and

    2.  The Clerk of Court shall CLOSE this case statistically.

                                  BY THE COURT:

                                  /s/ Stewart Dalzell, J.
                                  Stewart Dalzell, J.